COLORADO
Department of Public Health & Environment

March 16, 2020

**NOTICE OF PUBLIC HEALTH ORDER 20-22 CLOSING BARS, RESTAURANTS, THEATERS, GYMNASIUMS, AND CASINOS STATEWIDE**

The Colorado Department of Public Health and Environment (CDPHE) is working to stop the spread of novel coronavirus 2019 (COVID-19). At this time I find it necessary to implement emergency measures to close down all bars, restaurants, theaters, gymnasiums and casinos in Colorado in an effort to protect and preserve the public health.

**FINDINGS**

1. COVID-19 was first detected in Wuhan, China in late 2019, and since then has spread to over 60 countries including the United States. There are 131 known presumptive positive cases of COVID-19 in Colorado as of March 16, 2020, and there is every expectation that more cases will be diagnosed.

2. COVID-19 is a respiratory illness transmitted like other respiratory illness through person-to-person contact or by contact with surfaces contaminated with the virus. Persons infected with COVID-19 may become symptomatic anywhere from two to fourteen days after exposure. Symptoms include fever, cough or shortness of breath or difficulty breathing.

3. Individuals with serious chronic health conditions and older adults are most at risk for becoming very ill with this disease.

3. On March 10, 2020, the Governor of Colorado declared a State of Emergency related to the presence of COVID-19 in the State. CDPHE has confirmed that COVID-19 continues to spread throughout the State of Colorado.

4. On March 13, 2020, the President of the United States declared a National Emergency due to COVID-19.

5. A significant number of Coloradans are at risk of serious health complications, including death, from COVID-19. Although most individuals who contract COVID-19 do not become seriously ill, persons with mild symptoms and asymptomatic persons with COVID-19 may place other vulnerable members of the public at significant risk. A large surge in the number of persons with serious infections can compromise the ability of the healthcare system to deliver necessary healthcare to the public. Colorado is experiencing a rapid increase in COVID-19 transmission that threatens the health of residents and risks overwhelming the healthcare system in the state of Colorado.

6. Pursuant to Colo. Rev. Stat. § 25-1.5-101(1)(a) and §25-1.5-102(1)(a)(I), this Public Health Order closes bars, restaurants, gyms, theaters, and casinos to slow the spread of the COVID-19 virus. CDPHE has the duty to investigate and control the causes of epidemic or communicable diseases and conditions affecting public health and to establish, to close public places and forbid gatherings of people when necessary to protect the public health, and to establish, maintain and enforce isolation and quarantine, and, in pursuance thereof and for this purpose only, to exercise such physical control over property and the persons of the people within this state as the department may find necessary for the protection of public health.

**ORDER**

**I. Definitions.** For purposes of this Order:

A. "**Bar**" means any indoor area that is operated and licensed under article 3 of title 44, primarily for the sale and service of alcohol beverages for on-premises consumption and where the service of food is secondary to the consumption of such alcohol beverages. C.R.S. Section 25-14-203(3).

B. "**Brew pub**" means a retail establishment that manufactures not more than one million eigh hundred sixty thousand gallons of malt liquor and fermented malt beverages on its licensed premises or licensed alternating proprietor licensed premises, combined, each calendar year. C.R.S. Section 44-3-103(5).

C. "**Casino**" means a licensed gaming establishment, which is any premises licensed pursuant to this Article 30 of Title 44 of the Colorado Revised Statutes for the conduct of gaming. C.R.S. Section 44-30-103(18).

D. "**Cigar-tobacco bar**" means a bar that, in the calendar year ending December 31, 2005, generated at least five percent or more of its total annual gross income or fifty thousand dollars in annual sales from the on-site sale of tobacco products and the rental of on-site humidors, not including any sales from vending machines. C.R.S. Section 25-14-203(4).

E. "**Distillery pub**" means a retail establishment:

**(1)** Whose primary purpose is selling and serving food and alcohol beverages for on-premises consumption; and

**(2)** That ferments and distills not more than forty-five thousand liters of spirituous liquor on its licensed premises each calendar year. C.R.S. Section 44-3-103(14).

F. "**Restaurant**" means an establishment, which is not a hotel as defined in subsection (21) of this section, provided with special space, sanitary kitchen and dining room equipment, and persons to prepare, cook, and serve meals, where, in consideration of

payment, meals, drinks, tobaccos, and candies are furnished to guests and in which nothing is sold excepting food, drinks, tobaccos, candies, and items of souvenir merchandise depicting the theme of the restaurant or the geographical or historic subjects of the nearby area. C.R.S. Section 44-3-103(47).

G. "**Tavern**" means an establishment serving alcohol beverages in which the principal business is the sale of alcohol beverages at retail for consumption on the premises and where sandwiches and light snacks are available for consumption on the premises. C.R.S. Section 44-3-103(57).

H. **"Public accommodation"** for purposes of this Order is a private entity that owns, operates, leases, or leases to, a place of public accommodation. Places of public accommodation subject to this Order include bars which include taverns, brew pubs, distillery pubs, restaurants, gymnasiums, theaters, and casinos.

**II.** Effective March 17, 2020 at 8:00 AM, and continuing for (30) days, the following places of public accommodation are closed to ingress, egress, use, and occupancy by members of the public:

1. Restaurants, food courts, cafes, coffeehouses, and other similar places of public accommodation offering food or beverage for on-premises consumption;
2. Bars, taverns, brew pubs, breweries, microbreweries, distillery pubs, wineries, tasting rooms, special licensees, clubs, and other places of public accommodation offering alcoholic beverages for on-premises consumption;
3. Cigar bars;
4. Gymnasiums;
5. Movie and performance theaters, opera houses, concert halls, and music halls; and

6. Casinos.

Places of public accommodation subject to this section are encouraged to offer food and beverage using delivery service, window service, walk-up service, drive-through service, or drive-up service, and to use precautions in doing so to mitigate the potential transmission of COVID-19, including social distancing. In offering food or beverage, a place of public accommodation subject to this section may permit up to five members of the public at one time in the place of public accommodation for the purpose of picking up their food or beverage orders, so long as those individuals are at least six feet apart from one another while on premises.

**III.** The restrictions imposed by this order do not apply to any of the following:

1. Places of public accommodation that offer food and beverage not for on-premises consumption, including grocery stores, markets, convenience stores, pharmacies, drug stores, and food pantries, other than those portions of the place of public accommodation subject to the requirements of Section II;
2. Room service in hotels;
3. Health care facilities, residential care facilities, congregate care facilities, and juvenile justice facilities;
4. Crisis shelters or similar institutions;
5. Airport concessionaires; and
6. Any emergency facilities necessary for the response to these events.

**This Order takes effect at 8:00 AM on March 17, 2020 and remains in effect for (30) days, unless otherwise extended in writing by the Executive Director.**

CDPHE is tasked with protecting the health and welfare of the citizens of Colorado by investigating and controlling the causes of epidemic and communicable disease. This Order is necessary to control any potential transmission of disease to others. *See* sections 25-1.5-101(1)(a) and 25-1.5-102(1)(a)(I), C.R.S. Immediate issuance of this Order is necessary for the preservation of public health, safety, or welfare.

**FAILURE TO COMPLY WITH THIS ORDER IS SUBJECT TO THE PENALTIES CONTAINED IN SECTIONS 25-1-114, C.R.S, INCLUDING A FINE OF UP TO ONE THOUSAND (1,000) DOLLARS AND IMPRISONMENT IN THE COUNTY JAIL FOR UP TO ONE YEAR.**

Jill Hunsaker Ryan, MPH
Executive Director

March 16, 2020
Date