**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-001470-RMR-STV

MONARCH CASINO & RESORT, INC.,

    Plaintiff,

v.

AFFILIATED FM INSURANCE COMPANY,

    Defendant.

---

**STIPULATED MOTION FOR ENTRY OF FINAL JUDGMENT**

---

The parties, Monarch Casino & Resort, Inc., ("Monarch") and Affiliated FM Insurance Company ("AFM"), by and through their respective counsel, hereby submit the following Stipulated Motion for Entry of Final Judgment:

1. On September 17, 2021, the Court entered its Order on Defendant's Motion for Partial Judgment on the Pleadings (hereinafter, "Partial Summary Judgment Order"), granting in part AFM's Motion for Partial Judgment on the Pleadings as to claims based on the following Policy provisions, including for breach of contract, bad faith breach of insurance contract, and violation of Colorado Revised Statute §§ 10-3-1115 and 1116: Business Interruption Coverage; Business Interruption Coverage Extension—Attraction Property; Business Interruption Coverage Extension—Civil or Military Authority; Business Interruption Coverage Extension—Ingress/Egress; Business Interruption Coverage Extension—Protection and Preservation of Property; Business Interruption Coverage Extension—Soft Costs; Emergency Vacating Expense;

Decontamination Costs; and Expediting Expenses Coverage (hereinafter, "the Dismissed Claims").

2. Following issuance of the Partial Summary Judgment Order, and in light of AFM's prior payment to Monarch in the amount of $100,000, the Policy's annual aggregate sublimit for the Communicable Disease-Business Interruption coverage, the following claims and disputes between the parties remained: (1) Monarch's claims under the Communicable Disease – Property Damage coverage provision; (2) Monarch's claims for Professional Fees coverage related to its claims under the Communicable Disease – Property Damage and Communicable Disease – Business Interruption coverage provisions; (3) Monarch's claims for bad faith breach of insurance contract related to its claims under the Communicable Disease – Property Damage and Communicable Disease – Business Interruption coverage provisions, and Professional Fees coverage related to its claims under the Communicable Disease – Property Damage and Communicable Disease – Business Interruption coverage provisions; and (4) Monarch's claims for violation of Colorado Revised Statute §§10-3-1115 and 1116 related to its claims under the Communicable Disease – Property Damage and Communicable Disease – Business Interruption coverage provisions, and Professional Fees coverage related to its claims under the Communicable Disease – Property Damage and Communicable Disease – Business Interruption coverage provisions (hereinafter collectively referred to as "the Remaining Claims").

3. The parties subsequently resolved the Remaining Claims by a compromise agreement reached at the Court settlement conference on January 31, 2022. The parties' resolution of the Remaining Claims did not include the Dismissed Claims, but rather expressly reserved Plaintiff's right to appeal the dismissal of the Dismissed Claims.

4. Based on the foregoing, the parties stipulate and agree as follows:

    a. Final Judgment be entered in favor of AFM and against Monarch with respect to all claims based on the Dismissed Claims, including for breach of contract, bad faith breach of contract, and violation of Colorado Revised Statute §§ 10-3-1115 and 1116;

    b. The Remaining Claims shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1);

    c. Plaintiff does not waive, and instead expressly reserves, the right to appeal from the Final Judgment, including the Partial Summary Judgment Order and the dismissal of the Dismissed Claims; and

    d. Each party shall bear its own attorney fees and costs, subject to any further Orders following an appeal of the Final Judgment.

WHEREFORE, the parties respectfully request that the Court grant this motion and enter a Final Judgment in conformance therewith.

Dated this 2nd day of March, 2022.

| | |
|---|---|
| **LEVIN SITCOFF WANEKA PC** | **ROBINS KAPLAN LLP** |
| *s/Bradley A. Levin* | *s/Scott G. Johnson* |
| Bradley A. Levin | Scott G. Johnson |
| Nelson A. Waneka | Erica A. Ramsey |
| 1512 Larimer Street, Suite 650 | 800 LaSalle Ave, Ste. 2800 |
| Denver, Colorado 80202 | Minneapolis, MN 55402 |
| Telephone: (303) 575-9390 | Telephone: (612) 349-8500 |
| Fax: (303) 575-9385 | Facsimile: (612) 339-4181 |
| bal@levinsitcoff.com | sjohnson@robinskaplan.com |
| naw@levinsitcoff.com | eramsey@robinskaplan.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |