IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01470-RMR-STV

MONARCH CASINO & RESORT, INC.,

    Plaintiff,

v.

AFFILIATED FM INSURANCE COMPANY,

    Defendant.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Minute Order of Judge Regina M. Rodriguez entered on March 7, 2022, it is

    ORDERED that Plaintiff's Motion to Strike Defendant Affiliated FM Insurance Company's "Rebuttal" Expert Disclosures [ECF 53] is DENIED as moot.  It is

    FURTHER ORDERED that the Stipulated Motion for Judgment Entry of Final Judgment [ECF 72] is GRANTED.

    Based on the foregoing, the parties stipulate and agree as follows:

a. Final Judgment be entered in favor of Affiliated FM Insurance Company and against Monarch Casino & Resort, Inc., with respect to all claims based on the dismissed claims, including for breach of contract, bad faith breach of contract, and violation of Colorado Revised Statute §§ 10-3-1115 and 1116;

b. The remaining claims shall be dismissed with prejudice pursuant to Fed. R.

Civ. P. 41(a)(1);

c. Plaintiff does not waive, and instead expressly reserves, the right to appeal from the Final Judgment, including the Partial Summary Judgment Order and the dismissal of the dismissed claims; and

d. Each party shall bear its own attorney fees and costs, subject to any further Orders following an appeal of the Final Judgment.

Dated at Denver, Colorado this 7th day of March, 2022.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Stacy Libid
Stacy Libid, Deputy Clerk